Bryan Clobes*
*E-mail*: bclobes@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
250 N. Monroe St.
Media, Pennsylvania 19063
Telephone: (215) 864-2800
Facsimile: (312) 782-4485

*Attorneys for Plaintiffs and the Putative Classes*

*\* Admitted Pro Hac Vice*

**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
*E-mail*: pjf@beshadafarneselaw.com
10250 Constellation Blvd., Suite 2300
Los Angeles, California 90067
Telephone:   310-356-4668
Facsimile:    310-388-1232

*Attorneys for Defendants,*
*Telebrands Corp. and Moulton Logistics  Management*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL JACKSON et. al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TELEBRANDS CORP. et. al.,<br><br>Defendants. | Case No. 2:17-cv-04107-PSG-KS<br><br>*Judge: Hon. Philip S. Gutierrez*<br>*Second Amended Complaint Filed: April 16, 2018*<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Cheryl Jackson, Erika Hartwieg, Bowen Lord, William Gallagher, and Jean Dennis (collectively, "Plaintiffs") and Defendants Telebrands Corp. and Moulton Logistics Management ("Defendants") hereby stipulate to the dismissal with prejudice of the above-captioned action, with each party to bear its own costs and attorneys' fees.

2.     The issue of class certification has not been raised before this Court. By this Stipulation and [Proposed] Order of Dismissal ("Stipulation"), Plaintiffs have agreed to resolve all of their claims against Defendants in this action by voluntarily dismissing with prejudice their individual claims alleged in the instant putative action. By this Stipulation, Plaintiffs and Defendants have also agreed to jointly request a voluntary dismissal without prejudice of the individual claims of absent members of the putative class in the instant action.

3.     Plaintiffs, Defendants, and their respective counsel have conducted sufficient investigation to enable each party to determine that it is in their respective best interests to enter into this Stipulation. The parties jointly request that the Court approve the voluntary dismissal of the entire action with prejudice as to Plaintiffs, but without prejudice and without notice to absent putative class members in reliance upon *Rodriguez v. Nationwide Mutual Ins. Co.*, No. 8:16-cv-02217-JLS-DFM, 2017 WL 7803796 (C.D. Cal. Nov. 16, 2017); and other district court decisions within this Circuit that have applied *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 198) and determined that the potential prejudice to putative class members in permitting the dismissal of precertification putative class actions without notice is minimal under the *Diaz* factors. *See Rodriguez*, 2017 WL 7803796, at *3-4.

4.     Under *Diaz*, the Ninth Circuit adopted the view that Fed. R. Civ. P. 23(e) is applicable in the precertification context only where class members are likely to be prejudiced. *See Diaz*, 876 F.2d at 1408. In *Diaz*, the Court ruled that the putative class members would be prejudiced because of

i

the likelihood that class members had knowledge of the litigation and the short time before expiration of the statute of limitations. *Id*. at 1411. Here, unlike *Diaz* and like *Rodriguez*, absent class members likely have no knowledge of the case, have adequate time to file other actions, and their claims would be dismissed without prejudice. *See Rodriguez*, at *3-4.

5.     Indeed, the concerns raised by Fed. R. Civ. P. 23(e) of prejudicing absent class members are inapplicable here, and Defendants will likewise not be prejudiced by a lack of notice to the putative class of the requested precertification dismissal. Moreover, the agreed upon settlement, and this Stipulation and proposed Order are all conditioned upon Court approval of the voluntary dismissal of the instant action with prejudice as to Plaintiffs, without prejudice as to absent members of the putative class, and without notice to the putative class.

**THE PARTIES HERETO STIPULATE AND AGREE**:

1.  To dismiss Plaintiffs' claims with prejudice and the individual claims of the putative class without prejudice;

2.  That no notice of dismissal is required to the putative class; and

3.  That each side will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 28, 2019                    Respectfully submitted,

                                         CAFFERTY CLOBES MERIWETHER &
                                         SPRENGEL LLP


                                         By:   */s/   Bryan L. Clobes*
                                               Bryan L. Clobes
                                               Daniel O. Herrera

                                         *Attorneys for Plaintiffs*

ii

JOINT STIPULATION TO VACATE AND AMEND SCHEDULING ORDER
CASE NO. 2:17-CV-04107-PSG-KS

Dated: March 28, 2019                                    BESHADA FARNESE LLP


                                              By:  */s/   Peter J. Farnese*
                                                   Peter J. Farnese

                                              *Attorneys for Defendants*


## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the signatories listed above.


Dated:  March 28, 2019               By:   */s/       Bryan L. Clobes*
                                           Bryan L. Clobes, Esq

JOINT STIPULATION TO VACATE AND AMEND SCHEDULING ORDER
CASE NO. 2:17-CV-04107-PSG-KS