Bryan Clobes*
*E-mail*: bclobes@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
250 N. Monroe St.
Media, Pennsylvania 19063
Telephone: (215) 864-2800
Facsimile: (312) 782-4485

E-FILED 3/29/19

JS-6

*Attorneys for Plaintiffs and the Putative Classes*

* *Admitted Pro Hac Vice*

**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
*E-mail*: pjf@beshadafarneselaw.com
10250 Constellation Blvd., Suite 2300
Los Angeles, California 90067
Telephone:   310-356-4668
Facsimile:   310-388-1232

*Attorneys for Defendants,*
*Telebrands Corp. and Moulton Logistics Management*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL JACKSON et. al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TELEBRANDS CORP. et. al.,<br><br>        Defendants. | Case No. 2:17-cv-04107-PSG-KS<br><br>*Judge: Hon. Philip S. Gutierrez*<br>*Second Amended Complaint Filed: April 16, 2018*<br><br>**[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL** |

1

[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
CASE NO. 2:17-CV-04107-PSG-KS

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' claims are dismissed with prejudice and the individual claims of the putative class members are dismissed without prejudice;

2. No notice of dismissal is required to the putative class; and

3. Each side shall bear its own attorneys' fees and costs.

Dated: __3/29____, 2019

__PHILIP S. GUTIERREZ__

Hon. Phillip S. Gutierrez
United States District Court Judge